Case Number: _____ AT 3330-0083 _____

Location of Search:
222 Berrywood Road
Orangeburg, SC
(Orangeburg Parcel ID Number: 0217-00-03-026.000)

# Search Warrant Inventory

| Item # | Description |
|---|---|
| 1 | Species: Canine  Breed: apbt  Sex: F Age: Adult Color: tan/white |
| 2 | Species: Canine  Breed: apbt  Sex: F Age: Juvenile Color: black |
| 3 | Species: Canine  Breed: apbt  Sex: F Age: Adult Color: black/white |
| 4 | Species: Canine  Breed: apbt  Sex: F Age: Adult Color:black/white |
| 5 | Species: Canine  Breed: apbt  Sex: M Age: Juvenile Color: brown/white |
| 6 | Species: Canine  Breed: apbt  Sex: F Age: Adult Color: black/white |
| 7 | Species: Canine  Breed: apbt  Sex: M Age: Adult Color: black/white |
| 8 | Species: Canine  Breed: apbt  Sex: M Age: Adult Color: black/white |
| 9 | Species: Canine  Breed: apbt  Sex: M Age: Adult Color: black/white |
| 10 | Species: Canine  Breed: apbt  Sex: M Age: Adult Color: black/white |
| 11 | Species: Canine  Breed: apbt  Sex: F Age: Adult Color: black/white |
| 12 | Species: Canine  Breed: apbt  Sex: M Age: Adult Color: black/white |
| 13 | Species: Canine  Breed: apbt  Sex: F Age: Adult Color: brown/white |
| 14 | Species: Canine  Breed: apbt  Sex: M Age: Adult Color: brown/white |
| 15 | Species: Canine  Breed: apbt  Sex: F Age: Adult Color: black/white |
| 16 | Species: Canine  Breed: apbt  Sex: F Age: Adult Color: brown/white |

On ___09/25/2022_____ at __1200__ hours, this inventory was prepared and a copy was provided in the following manner:

____ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

_____

_X_ A copy of this inventory was provided to the following person:

Name: ANDREW BERRY JR          Signature: Andrew Berry Jr
Address: 297 BERRYWOOD ROAD, ORANGEBURG, SC

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer: _____     Witness: _____

Printed Name: Emmett Ellis Denham              Printed Name: Daryl Carnley